IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael B. Selig,             :
            Appellant      :
                        :
           v.             :     No. 2171 C.D. 2015
                        :
The Zoning Hearing Board of   :
North Whitehall Township     :

## **O R D E R**

NOW, January 4, 2017, having considered appellant's application for reconsideration and appellee's answer in response thereto, the application is denied.

 

                            _____
                            MARY HANNAH LEAVITT,
                            President Judge